IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CR72

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| EUGENE COLEMAN ) | |

THIS MATTER is before the court upon its own motion to continue this matter from the October 3, 2005 term of court.

The attorney for Defendant Eugene Coleman was allowed to withdraw on August 11, 2005. The process for appointing a new attorney has begun, but has not been completed. Accordingly, it is necessary to continue the trial and the intervening time will be excluded. The court finds the ends of justice served by taking such action outweighs the interest of the public and Defendant to a speedy trial as set forth in 18 U.S.C. 3161(h)(8)(1).

**IT IS THEREFORE ORDERED** that this trial be scheduled for the **January 9, 2006 term at 10:00 a.m.** in the Charlotte Division.

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant (when appointed), to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

IT IS SO ORDERED.

**Signed: October 3, 2005**

*[signature: Graham C. Mullen]*

Graham C. Mullen
Chief United States District Judge